IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WYNNE TURKINGTON | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-01619 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF SAINT FRANCIS, | ) | |
| an Illinois not-for-profit corporation | ) | |
| | ) | |
| Defendant, | ) | |

**<u>DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD</u>**

Defendant University of Saint Francis, by its attorneys Darcy L. Proctor and Carter R. Frambes of Tressler LLP, pursuant to F.R.C.P. 6(b)(1), respectfully moves this Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including March 20, 2026. In support, Defendant states as follows:

1. Plaintiff filed her Complaint in the 12th Judicial Circuit Court of Illinois on December 15, 2025.

2. Defendant timely filed a Notice of Removal on February 12, 2026. (ECF #1).

3. Defendant is required to respond to Plaintiff's Complaint by February 19, 2026.

4. Defendant has retained Tressler LLP to represent their interests in this lawsuit.

5. The undersigned counsel requires additional time to investigate this matter and to become acquainted with the facts of this case. Therefore, Defendant has good cause to request an extension of time to respond to Plaintiff's Complaint.

6. Plaintiff has not filed her appearance in this matter, nonetheless, pursuant to the Court's standing order, counsel for Defendant has reached out Plaintiff both by email and telephone to

inquire as to whether she objects to this motion. As of the time of this filing, no response has been received from Plaintiff.

7. This is Defendant's first motion for an extension of time and is not brought for the purpose of delay. Neither party will be prejudiced by the granting of this motion.

**WHEREFORE,** Defendant University of Saint Francis respectfully requests that this Honorable Court enter an order granting an extension of time to answer or otherwise plead to March 20, 2026 and for such relief that the Court finds reasonable and just.

Date: February 19, 2026                                                                                   Respectfully submitted,

                                                                                                By:    */s/ Carter R. Frambes*

Darcy L. Proctor
Carter R. Frambes
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
dproctor@tresslerllp.com
cframbes@tresslerllp.com
*Counsel for Defendants*